STATE OF NEW JERSEY v. HECTOR RIVERA.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE HAGOPIAN.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ULYSSES RIVERS.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK DADDIO.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BENNIE LEE DUMAS.

May 30, 1985.

Petition for certification denied.